# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**JAMES PETTUS**

      vs.                            **CASE NUMBER: 5:09-CV-1080 (GTS/DEP)**

**DAVID SPOKONY,**
**Deputy Clerk, 1st Department**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is Dismissed in its entirety for failure to pay the Court's three hundred and fifty dollar filing fee within thirty days of the November 9th, 2009 Order of the Honorable District Judge Glenn T. Suddaby.

DATED: February 3, 2010

*[signature]*
Clerk of Court

s/ Melissa Ennis
Melissa Ennis, Deputy Clerk